# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-25-00013-CV

---

### In re Caitlin Ariel Williams

---

### ORIGINAL PROCEEDING FROM BURNET COUNTY

---

## D I S S E N T I N G   O P I N I O N

I would have requested a response to the mandamus petition because I believe that Relator has at least preliminarily shown her entitlement to the writ. *See* Tex. R. App. P. 52.4, 52.8(c), (d); *Proffer v. Yates*, 734 S.W.2d 671, 672–73 (Tex. 1987) (orig. proceeding) (per curiam); *Neal v. Avey*, 853 S.W.2d 707, 709 (Tex. App.—Houston [14th Dist.] 1993, writ denied).

 

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Filed: January 15, 2025